BLANCHE O'BRIEN AND ROBERT C. ROEBLING, EXECUTORS UNDER THE LAST WILL AND TESTAMENT OF KARL G. ROEBLING, PETITIONERS, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 13042.   Promulgated February 13, 1928.

*Arthur O'Brien, Esq.*, for the petitioners.
*James A. O'Callaghan, Esq.*, for the respondent.

OPINION.

LITTLETON: The question whether the transfer tax imposed by the laws of the State of New Jersey is a proper deduction from income of the estate was before the Board in the proceeding of *Oliver Prescott and Lucius H. Beers, Executors of the Estate of Emily H. Bourne*, 8 B. T. A. 582, and the proceeding of *Frank E. Norton and Stuart M. Don, Executors, Estate of Harriet M. Don*, 9 B. T. A. 450, wherein the Board held that such tax was a proper deduction from gross income of the estate.

The respondent has cited the cases of *In re Roebling's Estate*, 89 N. J. Eq. 163; 104 Atl. 295; *Neilson v. Russell*, 76 N. J. L. 655;

71 Atl. 286; *Wyckoff* v. *O'Neill*, 72 N. J. E. 880; 67 Atl. 32. These decisions have been considered in the light of the decisions of the Supreme Court in *Keith* v. *Johnson*, 271 U. S. 1; *New York Trust Co.* v. *Eisner*, 256 U. S. 345, and decisions of the Board heretofore mentioned, and we find nothing therein which warrants the holding that the New Jersey transfer tax is not a proper deduction from gross income by the estate. The amount of $90,000 paid by the executors to the State of New Jersey was a proper deduction from gross income for the taxable period.

> *Judgment will be entered on 15 days' notice, under Rule 50.*